IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY CONRAD NIXON,<br><br>Defendant. | CR 20-85-BLG-DLC<br><br><br>ORDER |

Before the Court is Defendant Casey Conrad Nixon's Unopposed Motion for Client to Appear by Video. (Doc. 30.) Mr. Nixon seeks to appear at tomorrow's hearing by video. (*Id.*) The United States does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED. Mr. Nixon may appear via Zoom at the hearing. The Clerk of Court shall notify counsel for Mr. Nixon via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

DATED this 22nd day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1