IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY CONRAD NIXON,<br><br>Defendant. | CR 20–85–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Indictment Without Prejudice. (Doc. 42.) Pursuant to a pretrial diversion agreement executed between the parties, the United States requests that this Court dismiss the Indictment in this matter without prejudice. (*Id.*) The motion is unopposed. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 42) IS GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) in the above captioned matter is DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of June, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1