IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY CONRAD NIXON,<br><br>Defendant. | CR 20–85–BLG–DLC<br><br><br><br>ORDER |

    Before the Court is the United States' Motion to Dismiss Indictment with Prejudice. (Doc. 46.) The Motion states that Defendant Casey Conrad Nixon has successfully completed his term of pretrial diversion pursuant to his agreement with the United States. (*Id.* at 1–2.) Mr. Nixon does not object. (*Id.* at 2.)

    Accordingly, IT IS ORDERED that the Motion (Doc. 46) is GRANTED. The Indictment (Doc. 3) is DISMISSED WITH PREJUDICE.

    DATED this 30th day of December, 2021.

Dana L. Christensen, District Judge
United States District Court

1